**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

MICHAEL GRASSO,
        Plaintiff,

v.                                                          Case No.  4:21-cv-310-WS/MJF

ARD CONTRACTING, *et al.*,
        Defendants.

_____/

## ORDER

On October 21, 2021, the undersigned ordered Plaintiff to file a notice of voluntary dismissal or file an amended complaint. The undersigned imposed a deadline of November 22, 2021, to comply. Plaintiff has not complied with that order.

Accordingly, it is **ORDERED**:

1.        On or before **December 30, 2021**, Plaintiff shall explain and show cause why he failed to comply with the undersigned's order.

2.        Plaintiff's failure to comply with this order likely will result in dismissal of this action for failure to comply with a court order, failure to prosecute, and failure to state a claim upon which relief can be granted.

**SO ORDERED** this 30th day of November, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**