UNITED STATES DISTRICT COURT
for the
Northern District of Florida

Civil Division

| | | |
|---|---|---|
| Michael Grasso, an individual ) | Case number   4:21-cv-310-WS/MJF |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | |
| ) | |
| Ard Contracting, an Alabama ) | |
| Corporation,  Officer Tyler Varner in his ) | RESPONSE TO DEFENDANTS |
| capacity as an FSU police officer, ) | VARNER AND GRAY"S RESPONSE |
| Officer Nicholas Gray in ) | TO  PLAINTIFF'S AMENDED |
| his capacity as an FSU police officer, ) | MOTION FOR COSTS OF SERVICE |
| WCSO Detective   Scott Powell ) | |
| in his capacity as a Wakulla ) | |
| County Sheriff's officer ) | |
| Defendants. ) | |
| ) | |
| ) | |

Jury Trial Demand

## RESPONSE TO DEFENDANT VARNER AND GRAY'S RESPONSE TO PLAINTIFF'S AMENDED MOTION FOR COSTS OF SERVICE

PLAINTIFF, Michael Grasso, hereby responds to the response filed by defendants Varner and Gray and states the following:

1.       Plaintiff may have forgot to include in his motion that he mailed the complaint and 2 copies of the waiver in his envelopes to Defendants Varner and Gray, but now states they were included as well and any insinuation they weren't is disingenuous at best because Defendant Varner's package would be in his possession.

2.       In paragraph 5 defendants state that Plaintiff had not learned the names in time to correctly mail the waivers. This is patently false and would have been known by Defendant Varner as well. Defendant Varner's envelope had the name Dan scratched out and Tyler written in. The statement from


FILED USDC FLND TL
JUN 21 '22 PM 1:28

Defendants that Plaintiff had the wrong names at the time of the mailing is again disingenuous.

3.  Plaintiff came across both defendants Varner and Gray's correct names prior to mailing the waiver letters. Plaintiff called this Court to address the name situation and was referred to a rule that stated the motion to change names would have to wait until after service was effected on the defendants. Plaintiff waited until service was effected and then motioned this Court for the name changes, which was granted.

4.  Plaintiff brings exhibit 1, Nick Gray's waiver of service envelope marked return to sender.

5.  Plaintiff had not previously asked to be reimbursed for costs of service to Defendant Gray realizing Defendant Gray did not receive his waiver of service packet.

6.  However, Defendants Varner and Gray made this response necessary with knowingly false statements in their response to Plaintiff's amended motion for costs.

7.  Defendants Varner and Gray should be made to reimburse Plaintiff for the necessity of filing this response to their disingenuous response to Plaintiff's amended motion and all associated costs.

8.  Plaintiff asks this Court to award Plaintiff $500 from Defendants Varner and Gray for preparing both the Motion for Costs of Service and this response. as well as as the costs of service outlined in Plaintiff's motion for costs of service.

Respectfully Submitted on June 21, 2022 by,

MICHAEL GRASSO
2017 Gardenbook Lane
Tallahassee, FL 32301
305-699-2020
email; michaelgrasso6984@gmail.com

# EXHIBIT 1



## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court, furnished to all counsel of record through the Court's CM/ECF electronic filing system, or served on Defendant via email and U.S. Mail this ____20____ day of ____June____, 2022:


Jeremy C. Branning
Andrew M Spencer
CLARK PARTINGTON
PO Box 13010
Pensacola, FL 32591-3010

Michael Spellman
SNIFFEN and SPELLMAN
123 North Monroe St.
Tallahassee, FL 32301

Christopher Torres
PL-01 The Capitol
Tallahassee, FL 32399-1050

_____
Michael Grasso   PLAINTIFF
2017 Gardenbook Land
Tallahassee, FL 32301
305-699-2020
email; michaelgrasso6984@gmail.com