IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL GRASSO,

    Plaintiff,

v.                                                            4:21cv310–WS/MAF

ARD CONTRACTING, INC., et al,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 36) docketed June 8, 2022. The magistrate judge recommends that the motion (ECF No. 14) to dismiss filed by Defendant, Ard Contracting, Inc. ("Ard"), be granted. No objections to the report and recommendation have been filed.

The undersigned has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 36) is ADOPTED and incorporated by reference into this order.

2. Defendant Ard's motion to dismiss (ECF No. 14) is GRANTED.

3. Plaintiff's claim for intentional infliction of emotional distress against Ard is DISMISSED with prejudice.

4. The clerk shall note on the docket that Ard Contracting, Inc., has been terminated as a defendant in this case.

5. The clerk shall return the case to the magistrate judge for further proceedings against Defendants Powell, Gray, and Varner.

DONE AND ORDERED this __8th__ day of __July__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE