IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL GRASSO,

    Plaintiff,

v.                                                                          4:21cv310–WS/MJF

DET. TYLER VARNER,
NICHOLAS GRAY, and
SCOTT POWELL,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 57) docketed January 30, 2023. The magistrate judge recommends that Scott Powell's motion to dismiss be granted in part and denied in part. No objections to the report and recommendation have been filed.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 57) is hereby ADOPTED and incorporated by reference in this order.

2. Defendant Scott Powell's motion to dismiss (ECF No. 26) is GRANTED in part and DENIED in part.

3. Plaintiff's Fourth-Amendment claim against Scott Powell in his official capacity is DISMISSED with prejudice for failure to state a claim.

4. Plaintiff's individual-capacity Fourth-Amendment claim against Scott Powell regarding Plaintiff's arrest and detention is DISMISSED with prejudice as barred by the doctrine of qualified immunity.

5. Plaintiff's individual- and official-capacity claims against Scott Powell for intentional infliction of emotional distress and false imprisonment are DISMISSED for failure to state a claim.

6. Scott Powell's motion to dismiss (ECF No. 26) is DENIED as to Plaintiff's Fourth-Amendment individual-capacity claim against Powell regarding the warrantless seizure and search of Plaintiff's cellular telephone.

7. The clerk shall return the case to the magistrate judge for further proceedings on Plaintiff's remaining Fourth Amendment claim against Scott Powell in his individual capacity.

DONE AND ORDERED this <u>  10th  </u> day of <u>   March   </u>, 2023.

<div style="margin-left:auto;">
<u>s/ William Stafford                                    </u><br>
WILLIAM STAFFORD<br>
SENIOR UNITED STATES DISTRICT JUDGE
</div>