IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL GRASSO,

     Plaintiff,

v.                                                            4:21cv310–WS/MJF

DET. TYLER VARNER,
NICHOLAS GRAY, and
SCOTT POWELL,

     Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 58) docketed January 30, 2023. The magistrate judge recommends that the motion to dismiss filed jointly by Tyler Varner and Nicholas Gray be granted in part and denied in part. No objections to the report and recommendation have been filed.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 58) is hereby ADOPTED and incorporated by reference in this order.

2. Defendants' joint motion to dismiss (ECF No. 45) is GRANTED in part and DENIED in part.

3. Plaintiff's Fourth-Amendment claims against Tyler Varner and Nicholas Gray in their official capacities are DISMISSED with prejudice for failure to state a claim.

4. Plaintiff's individual-capacity Fourth-Amendment claim against Tyler Varner and Nicholas Gray regarding Plaintiff's arrest/detention is DISMISSED with prejudice as barred by the doctrine of qualified immunity.

5. Plaintiff's individual-capacity Fourth Amendment claim against Tyler Varner and Nicholas Gray regarding the warrantless search of Plaintiff's vehicle is DISMISSED with prejudice for failure to state a claim.

6. Plaintiff's official-capacity claims against Tyler Varner and Nicholas Gray under state law are DISMISSED with prejudice as barred by the doctrine of sovereign immunity.

7. Plaintiff's individual-capacity claims against Tyler Varner and Nicholas Gray for false imprisonment and for intentional infliction of emotional distress are DISMISSED with prejudice for failure to state a claim.

8. Defendants' joint motion to dismiss (ECF No. 45) is DENIED as to Plaintiff's Fourth-Amendment individual-capacity claims against Tyler Varner and Nicholas Gray regarding the warrantless seizure and search of Plaintiff's cellular telephone and the warrantless search of Plaintiff's storage unit.

9. The clerk shall return the case to the magistrate judge for further proceedings on Plaintiff's remaining Fourth Amendment claims against Tyler Varner and Nicholas Gray in their individual capacities.

DONE AND ORDERED this   10th   day of ___March___, 2023.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE