# *United States District Court*
# MINUTES - GENERAL

Time Commenced: 10:00am          Case #: 4:21cv310-WS/MJF

Time Concluded: 3:15pm            Date: April 12, 2023


DOCKET ENTRY: Settlement Conference

PRESENT:     HON. Zachary C. Bolitho , MAGISTRATE JUDGE


   Sylvia Williams
        Deputy Clerk

      N/A
   Court Reporter/Tape


Case Style: GRASSO v. VARNER, et al.

**Defendant(s):**                    **Plaintiff(s):**

Anthony Johnson, Esq.                Michael Grasso, Plaintiff
Christen Petruzzelli, Esq.
Michael Spellman, Esq.
Andy Rogers, Risk Management

PROCEEDINGS:

Results of settlement conference:     IMPASSE




Filed 4/12/2023
CRD initials: SDW