UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL GRASSO,

    Plaintiff,

v.                                        4:21cv310–WS/MJF

TYLER VARNER, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 85) docketed July 7, 2023. The magistrate judge recommends that Michael Grasso's claims against Tyler Varner and Nicholas Gray be dismissed with prejudice. The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 85) is ADOPTED and incorporated into this order by reference.

2. Michael Grasso's motion (ECF No. 84) to dismiss his claims against Tyler Varner and Nicholas Gray is GRANTED.

3. Grasso's claims against Defendants Varner and Gray are hereby

DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

3. The clerk shall note on the docket that Tyler Varner and Nicholas Gray have been terminated as defendants in the case.

4. The clerk shall remand the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __8th__ day of __August__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE