IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL GRASSO,

     Plaintiff,

v.                                                           4:21cv310–WS/MJF

SCOTT POWELL,

     Defendant.

_____

<u>ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT</u>

Before the court is the magistrate judge's report and recommendation (ECF No. 97) docketed March 29, 2024. The magistrate judge recommends that Scott Powell's motion for summary judgment (ECF No. 92) be granted. Plaintiff has filed no objections to the report and recommendation.

Having considered the record, the court finds that Powell's motion for summary judgment is due to be granted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 97) is ADOPTED and incorporated into this order.

2. Scott Powell's motion for summary judgment (ECF No. 92) is

GRANTED.

3. The clerk shall enter judgment stating: "Plaintiff's claims against all

defendants are dismissed with prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __10th__ day of ___May___, 2024.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE